**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

May 5, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United African-Asian Abilities Club et al**<br>Plaintiff(s),<br><br>v.<br><br>**Perl 351 Palm, LLC**<br><br>Defendant(s). | NO. **CV 17-01412 SJO (RAOx)**<br><br>**ORDER OF DISMISSAL BY LACK OF PROSECUTION** |

On April 27, 2017, the Court issued an Order to Show Cause re dismissal for Plaintiff's lack of prosecution. The Court advised plaintiff that it will consider the Plaintiff's filing of the Answer by the Defendant(s) or Plaintiff's request for entry of default as an appropriate response to this Order to Show Cause, on or before May 4, 2017. Plaintiff having not responded to the Order to Show Cause,

The Court hereby DISMISSES the instant case for lack of prosecution.

*S. James Otero*

Dated: May 5, 2017.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE